## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Oak Hills Fellowship, Inc., | Court File No.: 22-CV-2095 (KMM/LIB) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Brotherhood Mutual Insurance Company, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned case be dismissed with prejudice.  Each party shall bear its own costs and attorney fees in this case.

**SMITH JADIN JOHNSON, PLLC**

Dated: <u>April 17, 2024</u>.

By:	/s/ Bradley K. Hammond
Timothy D. Johnson  (#0394918)
Bradley K. Hammond  (#0391611)
7900 Xerxes Avenue, Suite 2020
Bloomington, MN 55431
Telephone: (952) 388-0289
Facsimile: (612) 235-7927
tjohnson@sjjlawfirm.com
bhammond@sjjlawfirm.com
Attorneys for Plaintiff

***ATTORNEYS FOR PLAINTIFF***

2

                                      **O'MEARA WAGNER, P.A.**

Dated: <u>April 17, 2024</u>.          By:      /s/ *Dale Thornsjo*
                                        Dale O. Thornsjo    (#0162048)
                                        7401 Metro Boulevard
                                        Suite 600
                                        Minneapolis, MN 55439-3034
                                        Telephone: (952) 831-6544
                                        E-Mail: DOThornsjo@OLWKlaw.com

                                        ***ATTORNEYS FOR DEFENDANT***
                                        ***BROTHERHOOD MUTUAL***
                                        ***INSURANCE COMPANY***